**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LOUIE ALDEN PARKER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 4:26-cv-94 |

**O R D E R**

The Court previously stayed all deadlines in this case at the parties' request, pending their mediation of the case. (Doc. 12.) The Court directed the parties to notify the Court of the outcome of the mediation. (Id.) On October 19, 2026, Plaintiff, through counsel, advised the Court that the parties have reached a settlement agreement. (See doc. 15.)

Accordingly, the Court **LIFTS** the stay and **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008). Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of

dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **forty-five (45) days**, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 22nd day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA